IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
NO.  4:15-CV-32-D

UNITED STATES OF AMERICA,      )
                               )
            Plaintiff,         )
                               )
      v.                       )
                               )
$45,546.86 IN U. S. CURRENCY,  )
                               )
            Defendant.         )

---

## DEFAULT

---

Upon motion and proper showing by the attorney for the

plaintiff, the United States of America, default is hereby

entered against the defendant for having failed to appear, plead,

or otherwise defend as provided by Rule 55 of the Federal Rules

of Civil Procedure.

This the 7th day of December, 2015.

_____
JULIE RICHARDS JOHNSON, Clerk
U. S. District Court
Eastern District of North Carolina

1